# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Syracuse, NY** | **Albany, NY** |
| **4 Clinton Square**<br>**3RD FLOOR**<br>**SYRACUSE, NY 13202**<br>(315) 701-0080<br>(315) 701-0081 FAX | **54 State Street**<br>**Suite 310**<br>**ALBANY, NY 12207**<br>(518) 436-1850<br>(518) 436-1780 FAX |
| **Lisa Peebles,**<br>**Federal Public Defender** | **Paul Evangelista,**<br>**First Assistant** |

**Respond to Albany Office**

March 22, 2024

Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

  **Re: United States v. Thomas Ullman**
     **Case No. 23-CR-412 (AMN)**

Dear Judge Nardacci:

In connection with next week's sentencing, enclosed please find Mr. Ullman's sentencing statement for the Court's consideration. Thank you.

Very truly yours,

*/s/Timothy E. Austin*

Timothy E. Austin
Assistant Federal Public Defender

cc: AUSA Katherine Kopita

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2024, I electronically filed this letter and attachment with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    AUSA Katherine Kopita

    */s/Timothy E. Austin*
    Timothy E. Austin, Esq.
    Assistant Federal Public Defender
    Bar Roll No. 508098
    Attorney for Defendant
    54 State Street, Suite 310
    Albany, New York 12207
    Telephone: (518) 436-1850
    Fax: (518) 436-1780
    E-mail: tim_austin@fd.org