*Always put others first no matter what. I would rather go without than have things for myself while another person suffers.*

Dear Judge Nardacci,

I am writing this letter for a few different reasons. The first is I would like to express my remorse that I feel for what I have done. I repent my crime and sins. I am willing to accept the time that you feel I deserve as my sentence. I do and will take this time to address my issues so that when I am released I can become a better member of society.

I would like to point out some positive things about myself that you may not know. I was employed by the same company as a plumber laborer for six years. I was always on time and sometimes I would work seven days a week. During this time of employment I had only missed 6 days of work. Two days when my father passed away in 2016, one day when my mom had to have surgery, and three days when my mom passed away in 2021. When my father was either in the hospital, rehabilitation center, or in the nursing home, I would leave work and go visit him until visiting hours were over. I would also do my mother's shopping, cook for her, and take care of her house while my dad was not at home and after when he passed away. Shortly after the passing of my dad my mother had fallen and broken her shoulder, to which she had to have surgery. After this she had to move in with my brother and his family. I would go to his house every weekend and some weeknights to bring her to my apartment so that my brother and his family could have some relief. I would also bring her to physical therapy once a week. My mother had dementia which was hard on her and our family. We moved my mom into The Atrium in Scotia, NY. This was an independent living place. During her stay there I would call every day to check on her and continued to do her shopping, laundry and cleaning. In 2020, my mom had fallen and broke her left wrist. After this the dementia had become worse. It was decided that I would stay with her where I slept on her couch every night for almost the last year of her life. I would go to work then straight back to The Atrium to take care of her. While at work, we paid aides to watch my Mom. In May of 2021 while I was sick my brother took my mom to urgent care because she was not feeling well. We found out that she was having or did have a heart attack.  I would go visit her almost every night. On May 28th 2021 I was there with her when she took her last breath at 9:01 PM.

My parents were both hard workers and taught me the value of hard work. They were married for 45 years. I always watched them take care of me and my brother and others before themselves. I also would do this, put others before myself.

My conduct in this case does not reflect how I was taught to live my life. I did not think of others before myself. I did not concern myself with the feelings of girls I communicated with on the internet or with the harm from my interactions. I fantasized that the girls viewed communicating with me as desirable. I allowed my fantasies to overcome me. I convinced myself that being on the internet somehow made my conduct less troubling. I know better. I have never engaged in any inappropriate physical contact with any other person. I never would do that. But I recognize that having done what I did on the internet is terrible. I fully understand that what I did is harmful to real victims. I'm horrified by my conduct and that I could have done something so harmful. I know that I have to pay for what I have done. I am prepared to do so. I also know that I need treatment, which I hope I can get during imprisonment. I will do everything I can to avoid committing conduct like this again in the future.

In closing I would like to say again I'm truly remorseful for the crime I committed and those I've committed them against. I do believe I've done wrong. I want to be a better person and contribute in society in a positive manner when I get out. I ask that you take this letter and other things into consideration when you come up with my sentencing. I hope you will use some discretion in this matter.

With utmost sincerity,


Thomas S. Ullman