# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK

**Syracuse, NY**

**4 Clinton Square**
**3RD FLOOR**
**SYRACUSE, NY 13202**
**(315) 701-0080**
**(315) 701-0081 FAX**

**Lisa Peebles,**
**Federal Public Defender**

**Respond to Albany Office**

**Albany, NY**

**54 State Street**
**Suite 310**
**ALBANY, NY 12207**
**(518) 436-1850**
**(518) 436-1780 FAX**

**Paul Evangelista,**
**First Assistant**

March 28, 2024

Hon. Anne M. Nardacci, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

**Re:** United States v. Thomas Ullman
Case No. 23-CR-412 (AMN)

Dear Judge Nardacci:

After discussions with Mr. Ullman this morning and on closer examination of the PSR against my sentencing memorandum, I have identified a matter that needs correction in the sentencing memorandum.

In my sentencing memorandum on Mr. Ullman's behalf, I asserted that the timeframe of his broader conduct of pursuing sexual images of teenage females was 2020 to 2021, which is inaccurate. The conduct specifically affecting V-1 and V-2 took place over approximately 2020 to 2021, as set forth in the information and plea agreement; however, Mr. Ullman's broader conduct of pursuing sexual images of teenage females occurred over a longer duration. At the time of his arrest, Mr. Ullman was candid in his discussions with police about developing an addiction to sexual images of teenagers about 15 years prior, before his divorce. PSR at ¶18. He was candid with police about engaging in conduct of the type at issue in the case for a duration longer than the 2020 to 2021 timeframe.

I apologize for that error.

Very truly yours,

*/s/ Timothy E. Austin*

Timothy E. Austin
Assistant Federal Public Defender

cc:   AUSA Katherine Kopita
      AUSA Cyrus Rieck
      USPO Kristin Bent

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2024, I electronically filed this supplemental sentencing letter with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    AUSA Katherine Kopita

I emailed the same to AUSA Cyrus Rieck and USPO Kristin Bent.

    */s/Timothy E. Austin*
    Timothy E. Austin, Esq.
    Assistant Federal Public Defender
    Bar Roll No. 508098
    Attorney for Defendant
    54 State Street, Suite 310
    Albany, New York 12207
    Telephone: (518) 436-1850
    Fax: (518) 436-1780
    E-mail: tim_austin@fd.org